## RECONSIDERATION DOCKET

00–1781.   State ex rel. Swingle v. Zaleski.
Summit App. No. 20168. Reported at 91 Ohio St.3d 82, 742 N.E.2d 130. On motion for reconsideration. Motion denied.